# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**MACHINISTS DISTRICT 10,**

        Plaintiff,

     V.                                  CASE NUMBER: **07-C-364**

**GE MEDICAL SYSTEMS, LLC,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment on the plaintiff's allegation that the defendant violated its collective bargaining agreement by discharging and refusing to reinstate an employee is GRANTED. The federal claim arises under Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.**

**The plaintiff's motion for summary judgment is DENIED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|     **September 10, 2008** |   **JON W. SANFILIPPO** |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |